JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG JA KIM, | CV 19-09372 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WENFAN YANG, et al., | |
| Defendants. | |

Pursuant to the Court's April 15, 2020 Minute Order dismissing this action for failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: April 15, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE